1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  ELISE BECKER (NYBN 2540730)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6878
7      FAX: (415) 436-7234
       Elise.Becker@usdoj.gov
8
   Attorneys for United States of America
9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 14-00336 WHO |
| Plaintiff, | ORDER RESCHEDULING HEARING DATE FROM OCTOBER 16, 2014, TO NOVEMBER 20, 2014 |
| v. | |
| ANNMARIE LANOCE,<br>  a/k/a Madison Monroe,<br>  a/k/a "Maddie," | |
| Defendant. | |

23       The defendant, ANNMARIE LANOCE, represented by Geoffrey Hansen and Brandon LeBlanc,

24 and the government, represented by Elise Becker, respectfully request that the change of plea date

25 previously scheduled for October 16, 2014, be continued to November 20, 2014, at 1:30 p.m. The

26 parties need additional time to prepare effectively.

27       The Court previously found that time was excluded under the Speedy Trial Act between

28 September 25, 2014, and November 6, 2014. At this time, defendant Lanoce and the government are not

RESCHEDULING ORDER
Case No. CR 14-00336 WHO

asking the Court for an exclusion of time between November 6, 2014, and November 20, 2014.

DATED: October 15, 2014

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
Elise Becker
Assistant United States Attorney

SO ORDERED.

DATED: October 15, 2014

WILLIAM H. ORRICK
United States District Judge

RESCHEDULING ORDER
Case No. CR 14-00336 WHO