# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### <u>CRIMINAL MINUTES</u>

**Date:** November 20, 2014          **Time:** 15 minutes          **Judge:** WILLIAM H. ORRICK
                                     1:41 p.m. to 1:56 p.m.

**Case No.:** 14-cr-00336-WHO-2          **Case Name:** UNITED STATES v. Lanoce

**Attorney for Plaintiff:**     Elise Becker
**Attorney for Defendant:**     Geoffrey Hansen
                                Defendant Annmarie Lanoce - present, on bond

**Deputy Clerk:** Jean Davis                         **Court Reporter:** Kathy Sullivan
**Interpreter:** n/a                                 **Probation Officer:** n/a

### PROCEEDINGS

Parties appear for change of plea hearing. Written plea agreement is submitted in open court. Defendant is sworn and queried as to her background, physical and mental condition, and understanding of the plea agreement.

Defendant advised as to the maximum penalties associated with the offense, the consequences of the entry of a guilty plea, and the rights being waived by entry of a guilty plea. Government presents summary of facts it would intend to prove at any trial of this matter.

Defendant pleads guilty Count One of the Indictment.

The Court accepts the plea as knowing and voluntary, and Defendant is adjudicated guilty. The matter is referred to the United States Probation Office for preparation of a Presentence Report. Parties agree that sentencing should be continued if the case of co-defendant Eric Omuro has not been completed by the anticipated sentencing date.

**CASE CONTINUED TO: March 19, 2015 at 1:30 p.m. for Sentencing.**