MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    FAX: (415) 436-7234
    Elise.Becker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 14-00336 WHO |
|     Plaintiff, | [PROPOSED] ORDER WITHDRAWING REFERRAL TO PROBATION |
|   v. | |
| ANNMARIE LANOCE,<br>  a/k/a Madison Monroe,<br>  a/k/a "Maddie," | |
|     Defendant. | |

The defendant, ANNMARIE LANOCE (Lanoce), represented by Geoffrey Hansen and Brandon LeBlanc, and the government, represented by Elise Becker, respectfully request that the Court withdraw the referral to the Probation Office in the above captioned case. Consistent with the plea agreement, the government referred the case to Pretrial Services for its determination of Lanoce's eligibility for pretrial

//

//

ORDER WITHDRAWING REFERRAL TO PROBATION
Case No. CR 14-00336 WHO

diversion. The parties agree that a Presentence Report is unnecessary at this time.

DATED: December 17, 2014                    Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney

                                                    /s/
                                            _____
                                            Elise Becker
                                            Assistant United States Attorney

SO ORDERED.

DATED: _____        _____
                                            WILLIAM H. ORRICK
                                            United States District Judge

ORDER WITHDRAWING REFERRAL TO PROBATION
Case No. CR 14-00336 WHO