MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    FAX: (415) 436-7234
    Elise.Becker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 14-00336 WHO |
| Plaintiff, | ORDER RESCHEDULING SENTENCING DATE FROM MARCH 19, 2015, TO APRIL 9, 2015 |
| v. | |
| ANNMARIE LANOCE,<br>  a/k/a Madison Monroe,<br>  a/k/a "Maddie," | |
| Defendant. | |

The defendant, ANNMARIE LANOCE (Lanoce), represented by Geoffrey Hansen and Brandon LeBlanc, and the government, represented by Elise Becker, respectfully request that the sentencing date previously scheduled for March 19, 2015, be continued to April 9, 2015, at 1:30 p.m. This new date will allow Lanoce an opportunity to satisfy some of the terms of her plea agreement. The parties further

/

/

RESCHEDULING ORDER                                       1
Case No. CR 14-00336 WHO

1  agree that there are no Speedy Trial Act implications to this continuance since Lanoce pleaded guilty on
2  November 20, 2014.
3  DATED: February 9, 2015                    Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney

                                              _____/s/_____
                                              Elise Becker
                                              Assistant United States Attorney

9  SO ORDERED.

11 DATED: _February 9, 2015_____  _____
                                              WILLIAM H. ORRICK
                                              United States District Judge

RESCHEDULING ORDER                    2
Case No. CR 14-00336 WHO