MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    FAX: (415) 436-7234
    Elise.Becker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 14-00336 WHO |
|     Plaintiff, | ORDER RESCHEDULING SENTENCING DATE FROM APRIL 9, 2015, TO MAY 21, 2015 |
|   v. | |
| ANNMARIE LANOCE, <br>   a/k/a Madison Monroe, <br>   a/k/a "Maddie," | |
|     Defendant. | |

The defendant, ANNMARIE LANOCE (Lanoce), represented by Geoffrey Hansen and Brandon LeBlanc, and the government, represented by Elise Becker, respectfully request that the sentencing date previously scheduled for April 9, 2015, be continued to May 21, 2015, at 1:30 p.m.  This new date will allow Lanoce an opportunity to satisfy some of the terms of her plea agreement.  The parties further agree that there are no Speedy Trial Act implications to this continuance since Lanoce pleaded guilty on

RESCHEDULING ORDER
Case No. CR 14-00336 WHO

1 | November 20, 2014.

2 | DATED: April 2, 2015            Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
Elise Becker
Assistant United States Attorney

7 | SO STIPULATED.

8 | DATED: April 2, 2015

/s/
_____
BRANDON LEBLANC
Counsel for Annmarie Lanoce

11 | SO ORDERED.

13 | DATED: April 2, 2015_____    [signature]

WILLIAM H. ORRICK
United States District Judge

RESCHEDULING ORDER
Case No. CR 14-00336 WHO